

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| FREDDIE HACKNEY, JR., | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 1:07-CV-113-TH JURY |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § | |
| Defendant. | § | |

# ORDER GRANTING
# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons given in the accompanying memorandum opinion, the Court **ORDERS** that the *Defendant Texas Department of Criminal Justice's Renewed and Re-urged Motion for Summary Judgment* [Clerk's Docket No. 113] is in all things **GRANTED**.

**IT IS FURTHER ORDER** that all pending motions in this civil action are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff Freddie Hackney, Jr.'s claims are hereby **DISMISSED WITH PREJUDICE**. A final judgment on these claims will be entered separately in accordance with Fed. R. Civ. P. 58.

The Clerk of Court is **DIRECTED** to close this file.

**SO ORDERED.**

**SIGNED** this the 4 day of **August, 2009.**

_____
Thad Heartfield
United States District Judge